UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

――――――――――――――――――――――――― x

In Re:                                              :        Chapter 7

    LEONID CHATKHAN et al,              :        Case No. 10-46775 (CEC)
                                                             Jointly Administered
                     Debtors.     :

――――――――――――――――――――――――― x

**ORDER AUTHORIZING TRUSTEE TO CONDUCT
EXAMINATION OF AND REQUEST PRODUCTION OF DOCUMENTS FROM
<u>IRINA CHATKHAN PURSUANT TO BANKRUPTCY RULE 2004</u>**

Upon the Application, dated July 26, 2011 (the "Application"), of ROBERT L. GELTZER, as Chapter 7 Trustee of the debtors Leonid Chatkhan, Rem 106, Inc. Flat 117, Inc., Sal 01, Inc. 384 LSTR, Inc. and Hill 135, Inc. (collectively, the "Debtors"), seeking an Order Authorizing the Trustee to Conduct an Examination of and Request Production of Documents from Irina Chatkhan ("Irina") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2004"); and just cause appearing therefor; it is hereby

**ORDERED**, that the Trustee is authorized to examine Irina on September 14, 2011 at 10:00 a.m., or on such earlier date to which the Trustee and Irina may mutually agree, and at any continued date of such examination, at the offices of Squire, Sanders & Dempsey (US) LLP, 30 Rockefeller Plaza, 23rd Floor, New York, NY 10112 (the "SSD Offices"), for all purposes and with respect to all subjects permitted pursuant to Bankruptcy Rule 2004, including, without limitation, for all of the purposes and with respect to each of the subjects set forth in the Trustee's Application; and it is further

**ORDERED**, that Irina is hereby directed to produce and deliver to the SSD Offices, on or before August 25, 2011, prior to the aforementioned scheduled date of the Bankruptcy Rule 2004 examination of the Debtor, all of the following documents for the period dating back to July 19, 2004 (six years prior to the Petition Date[1]), through the present: (i) all correspondence, memoranda, and all other documents, electronic records and other media relating to bank accounts, investment accounts, credit accounts, loans, tax returns, and all financial statements, including balance sheets, cash flow statements, profit and loss statements, budgets and books and ledgers pertaining to the purchase of the Coops, and the payment of debt service respecting the Coops, including the source of funds for said purchase and for said payment of debt service; and (ii) all other documents relating to the financial affairs of the Debtors and any other matters which may affect the administration of the Debtors' estates.; and it is further

**ORDERED**, that Irina be, and he hereby is, directed to produce at the SSD Offices, for examination and copying, any documents subsequently requested by the Trustee as a result of information obtained from documents produced for, at and/or after the Bankruptcy Rule 2004 examination, and/or from Irina's testimony at the examination; and it is further

**ORDERED**, that the examination shall continue from day-to-day until completed; and, it is further

**ORDERED**, that service by first class mail of a copy of this Order and the Application upon which it is granted, on or before the second (2nd) business day following entry of this Order, upon Irina Chatkhan 1311 Brightwater Ave. Apt. 14-H Brooklyn, NY 11235 and Dahiya

---

[1] Capitalized terms not otherwise defined herein shall have the same respective meanings ascribed to them in the Application.

Law Offices, LLC  350 Broadway Suite 412 New York, NY 10013, Attn: Karamvir Dahiya _,
shall be deemed good and sufficient service.

**ORDERED**, that the attendance and production of documents ordered herein may be compelled pursuant to the issuance and service of subpoenas *ad testificandum* and *deuces tecum* under Fed. R. Civ. P. 45, made applicable to this bankruptcy case through Fed. R. Bankr. P. 9016.

**Dated: Brooklyn, New York**
**August 12, 2011**



_____
**Carla E. Craig**
**United States Bankruptcy Judge**